NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: EDWARD RAPP**

---

2013-1111

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/514,620.

---

**JUDGMENT**

---

BRIAN M. KOLKOWSKI, Flocel Inc., of Cleveland, Ohio, for appellant. With him on the brief was MARK PENNINGTON.

NATHAN K. KELLEY, Deputy Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for appellee. With him on the brief were JEREMIAH HELM and ROBERT J. MCMANUS, Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| August 13, 2013 | /s/  Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk |